UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCOTT E. TANNE, ESQ., P.C.**
**P.O. Box 82**
**Roseland, NJ 07068**
**(973) 701-1776**
**Fax: (973) 701-1776**
**Scott E. Tanne, Esq.**
**ST2477**
**Attorney for Debtor(s)**

In Re:

**Jeral Bailey**
Debtor(s)

Order Filed on March 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 25-14297-VFP

Adv. No.:

Hearing Date: March 5, 2026

Judge: Papalia

## ORDER RELIEVING DEBTOR'S COUNSEL

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: March 12, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**

| | |
|---|---|
| Debtor: | Jeral Bailey |
| Case No.: | 25-14297-VFP |
| Caption of Order: | Order Relieving Debtor's Counsel |

---

This matter having been opened to the Court by Scott E. Tanne, Esq., and Scott E. Tanne having appeared and good cause having been shown;

**IT IS ORDERED** that Scott E. Tanne, Esq. is relieved as Counsel to Debtor.