UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCOTT E. TANNE, ESQ., P.C.**
**P.O. Box 82**
**Roseland, NJ 07068**
**(973) 701-1776**
**Fax: (973) 701-1776**
**Scott E. Tanne, Esq.**
**ST2477**
**Attorney for Debtor(s)**

In Re:


**Jeral Bailey**
Debtor(s)

Order Filed on March 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 25-14297-VFP

Adv. No.:

Hearing Date: March 5, 2026

Judge: Papalia

### ORDER RELIEVING DEBTOR'S COUNSEL

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: March 12, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**

Debtor:              Jeral Bailey
Case No.:            25-14297-VFP
Caption of Order:    Order Relieving Debtor's Counsel

---

This matter having been opened to the Court by Scott E. Tanne, Esq., and Scott E. Tanne having appeared and good cause having been shown;

**IT IS ORDERED** that Scott E. Tanne, Esq. is relieved as Counsel to Debtor.

**Page 2**

Debtor:              Jeral Bailey
Case No.:            25-14297-VFP
Caption of Order:    Order Relieving Debtor's Counsel

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-14297-VFP

Jeral A Bailey                                                                            Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin         Page 1 of 1

Date Rcvd: Mar 12, 2026       Form ID: pdf903        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jeral A Bailey, 33 Westervelt Avenue, Apt 203, Plainfield, NJ 07060-1391 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026       Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Jeral A Bailey ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4